United States District Court
Southern District of Texas
**ENTERED**
April 27, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WALTER S. V. [1], | § | |
|     PETITIONER, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:26-cv-318 |
| | § | |
| PAMELA BONDI, *et al*, | § | |
|     Respondents. | § | |

## ORDER ON STIPULATION OF DISMISSAL
## PURSUANT TO FRCP 41(a)(1)(A)(ii)

On April 23, 2026, the Court received "Joint Stipulation of Dismissal" signed by all parties. Dkt. No. 11. In this filing, the parties jointly stipulate to the dismissal of Petitioner's claims without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 13. Further, the parties have agreed to each bear their own fees costs. *Id.*

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action against any defendant without a court order if there is a stipulation of dismissal signed by all parties. *Williams v. Taylor Seidenbach, Inc.*, 958 F.3d 341, 344 (5th Cir. 2020) (*en banc*).

Accordingly, all claims made in this case are **DISMISSED** without prejudice. As agreed, each party shall bear their own fees and costs.

The Clerk of Court is **DIRECTED** to close this case.

Signed on April 27, 2026.

_____
Karen Betancourt
United States Magistrate Judge

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.